```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION


CAROL LUEVANO,                    )  No. ED CV 08-00623-VBK
                                  )
              Plaintiff,          )  JUDGMENT
                                  )
     v.                           )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner of Social            )
Security,                         )
                                  )
              Defendant.          )
                                  )
```

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED:  February 3, 2009                    /s/
                                     VICTOR B. KENTON
                                     UNITED STATES MAGISTRATE JUDGE